**Order entered July 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00869-CR

**JOSE INEZ MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F13-00328-Y

## ORDER

Appellant's June 29, 2015 motion for an accurate reporter's record to be filed and to hold appellant's briefing schedule in abeyance is **GRANTED** to the extent of the following relief.

Appellant has disputed the accuracy of the reporter's record filed by court reporter Sharon Hazlewood on April 28, 2015. Appellant has pointed specifically to three transcription errors in the record and has represented that there are numerous other inaccuracies.

Accordingly, the Court O**RDERS** Sharon Hazlewood to review the reporter's record as filed and determine whether the reporter's record filed with the Court accurately reflects the proceedings in the trial court. The Court further **ORDERS** Sharon Hazlewood to file within **FOURTEEN DAYS** of the date of this order, either a complete and accurate copy of the

reporter's record as amended or else a letter certifying that the reporter's record is accurate as filed.

Upon the filing of the supplemental reporter's record or certifying letter, if appellant continues to dispute the accuracy of the reporter's record, appellant is **DIRECTED** to file within **TEN DAYS** a letter describing in detail each instance of an alleged inaccuracy in the reporter's record. Any continuing material disputes about the accuracy of the reporter's record will be referred to the trial court for resolution. *See* TEX. R. APP. P. 34.6(e)(3).

Appellant's brief shall be due **THIRTY DAYS** after the date that Hazlewood files either the supplemental reporter's record or the certification letter in compliance with this order.

The Clerk of the Court is **DIRECTED** to send a copy of this order, by electronic transmission, to court reporter Sharon Hazlewood, the presiding judge of Criminal District Court No. 7, and counsel for the parties.

/s/      LANA MYERS
              JUSTICE